# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

TROY WILLIS, individually and on behalf of all others similarly situated,

          Plaintiff,

v.

EFINANCIAL, LLC, and DOES 1 through 10, inclusive, and each of them,

          Defendant.

**Case No.:** 1:18-cv-01706-LJO-BAM

**ORDER REGARDING JOINT STIPULATION TO VACATE THE INITIAL CASE MANAGEMENT CONFERENCE PENDING MOTION TO DISMISS AND/OR STAY**

## ORDER

On March 5, 2019, the parties filed a joint stipulation to vacate the scheduling conference currently set for March 20, 2019, in light of the pending Motion to Dismiss. The parties also requested that they be permitted to file their Fed R. Civ. P. 26(f) report within fourteen (14) days after the Court's Order on Defendant's Motion to Dismiss. (Doc. No. 11.)

Based on the status of this case, including the pending Motion to Dismiss, and good cause appearing, the scheduling conference currently set for March 20, 2019, is HEREBY CONTINUED to May 9, 2019, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe. A Joint Scheduling Report, carefully prepared and executed by all counsel, shall be electronically

filed in CM/ECF one (1) full week prior to the Scheduling Conference. The parties may appear at the conference by telephone with each party using the following dial-in number and access code: **dial-in number 1-877-411-9748; access code 3190866**.

IT IS SO ORDERED.

Dated:   **March 6, 2019**                    /s/ *Barbara A. McAuliffe*   _
                                             UNITED STATES MAGISTRATE JUDGE