Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@ toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY WILLIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EFINANCIAL, LLC, and DOES 1 through 10, inclusive, and each of them<br><br>Defendant. | Case No.<br><br>1:18-cv-01706-LJO-BAM<br><br>**VOLUNTARY NOTICE OF DISMISSAL OF ACTION OF THE INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice as to all of their individual claims and without prejudice as to the claims of any putative class member. Each party shall bear their own costs and attorneys' fees. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for

summary judgment. Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this March 21, 2019.

By: <u></u>

<u>/s/Todd M. Friedman</u>
Todd M. Friedman ESQ.
Law Offices of Todd M. Friedman, P.C.
Attorney For Plaintiff

**CERTIFICATE OF SERVICE**

Filed electronically on March 21, 2019 with:

United States District Court CM/ECF system

Notification sent electronically on March 21, 2019 to:

To the Honorable Court, all parties and their Counsel of Record

By: /s/Todd M. Friedman
Todd M. Friedman ESQ.